UNITED STATES of America, Plaintiff-Appellee,

v.

Eric L. JACKSON, a/k/a Tango, Defendant-Appellant.

No. 17-7113

United States Court of Appeals, Fourth Circuit.

Submitted: December 21, 2017

Decided: December 28, 2017

Eric L. Jackson, Appellant Pro Se. Robert Hugh McWilliams, Jr., John Castle Parr, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric L. Jackson appeals the district court's order denying Jackson's pro se motion seeking multiple forms of relief from his 2001 criminal judgment, including a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012) and Amendment 782 to the U.S. Sentencing Guidelines Manual and the issuance of a writ of audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Jackson*, No. 5:01-cr-00004-FPS-MJA-1 (N.D.W. Va. Aug. 14, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*